1910.) Action by Lida A. Hall, as administratrix, etc., of Bert J. Hall, deceased, against the Cayuga Lake Cement Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

HALLHEIMER v. BLOCH et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Appeal from Special Term, New York County. Action by Max Hallheimer against Morris Bloch and another. From an order granting defendants' motion to strike parts of the complaint, plaintiff appeals. Modified and affirmed. See, also, 120 N. Y. Supp. 1140. F. A. McCloskey, for appellant. Gordon S. P. Kleeberg, for respondents.

DOWLING, J. Plaintiff brings this action to establish his lien as an attorney upon the proceeds of certain judgments upon a trial and upon appeal, in an action wherein Gustav Bloch was plaintiff and Morris Bloch was defendant, and wherein he was the attorney for Gustav Bloch. He further asks for judgment for the value of such services as he performed for Gustav Bloch apart from the services rendered in said action. The order, from which the present appeal is taken, directed the striking out of certain portions of the complaint herein as immaterial, irrelevant, incompetent, redundant, and scandalous. We are of the opinion that some of the matter stricken out was properly pleaded, and should have been allowed to remain, as it was essential to the proper setting forth of the plaintiff's cause of action. The order appealed from will therefore be modified, by allowing the eighth paragraph of the complaint to remain as originally pleaded, with the exception of the words: "Thereby conclusively establishing the fact that the said claim of the said Gustav Bloch was a valid claim, that the defense of payment was a false defense, and that there was no settlement of the case, and such consent to discontinue, a mere contrivance to cheat and defraud and deceive in establishing the plaintiff's lien." The order is also modified by allowing the ninth and eleventh paragraphs to remain as originally pleaded. As thus modified, the order appealed from will be affirmed, with $10 costs and disbursements to the appellant. All concur.

HALLOCK, Appellant, v. EAST BRANCH LUMBER CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by William H. Hallock against the East Branch Lumber Company.

PER CURIAM. Judgment unanimously affirmed, with costs.

SEWELL, J., not sitting.

HALPERT, Respondent, v. APPELBAUM, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Max Halpert against Max Appelbaum. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAMELL, Appellant, v. DE VINNE, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Henry W. Hamell against Frank P. De Vinne.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., and COCHRANE, J., dissent.

HAMMOND, Appellant, v. CHARLES GOELL CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Browne C. Hammond against the Charles Goell Construction Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAMMOND, Respondent, v. UNION BAG & PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Clarence Hammond against the Union Bag & Paper Company. No opinion. Motion denied. See, also, 120 N. Y. Supp. 652.

HANNA, Respondent, v. SORG, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by William E. Hanna against S. Jennie Sorg. No opinion. Judgment and order unanimously affirmed, with costs.

HARLOW, Respondent, v. HAINES et al., Appellants. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by George R. Harlow against Charles H. Haines and another. J. A. Burdeau, for appellants. G. D. Zahm, for respondent. No opinion. Judgment (63 Misc. Rep. 98, 116 N. Y. Supp. 449) affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs. Order filed.

HARRINGTON, Respondent, v. WELCH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by James H. Harrington against John Welch and another.

PER CURIAM. Interlocutory judgment, so far as appealed from, reversed, with costs of the appeal, and judgment modified, by striking out that part which makes the costs allowed the defendants abide the event of the action, and by providing that costs of the defendants be taxed by the clerk of the county of Chautauqua.

HARSELL, Respondent, v. TOWNSEND, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Blaize L. Harsell against Charles D. Townsend. C. D. Van Name, for appellant. R. B. Honeyman, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HAYES v. BORDEN. (Supreme Court, Appellate Term, February 18, 1910.) Appeal from